DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JENNIFER LIPOVSKY,**
Appellant,

v.

**ANTHONY LAND,**
Appellee.

No. 4D22-930

[March 23, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE17-005381(25).

Ama N. Appiah of Law Office of Ama N. Appiah, P.A., St. Petersburg, for appellant.

Matthew Sean Tucker of Tucker Law, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***